**Order entered October 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01239-CV

## IN RE ALBERT ABROKWA AND DONNA ABROKWA, Relators

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-03920-2013**

## ORDER
Before Justices Bridges, Lang-Miers and Stoddart

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relators to bear the costs of this original proceeding.


/s/      CRAIG STODDART
          JUSTICE